**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KATHERINE ADAMS,

  Plaintiff,                          CASE NO.:  6:19-CV-446-ORL-40GJK

v.

ALDER HOLDINGS, LLC,

  Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

      **COMES NOW** the Plaintiff, KATHERINE ADAMS, and the Defendant, ALDER

HOLDINGS, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss,

with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the

above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and

expenses.

      Respectfully submitted this 21st day of August, 2019.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Jeffrey Backman* |
| Octavio Gomez, Esquire | Jeffrey Backman, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No.: 662501 |
| Morgan & Morgan Tampa,  P.A. | Greenspoon Marder, P.A. |
| 201 N. Franklin Street, Suite 700 | 200 East Broward Blvd, Suite 1800 |
| Tampa, Florida 33602 | Fort Lauderdale, Florida 33301 |
| Telephone: (813) 223-5505 | Telephone: (954) 491-1120 |
| Facsimile: (813) 222-4797 | Facsimile: (954) 213-0140 |
| Primary Email: TGomez@ForThePeople.com | Primary Email: Jeffrey.Backman@gmlaw.com |
| Secondary Email: | Secondary Emails: Khia.Joseph@gmlaw.com |
| LDobbins@ForThePeople.com | and Marie.Kusek@gmlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |